JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3371

------------------------------------------------------------x

ES&G TRADING, INC.,

                            Plaintiff,

        v.

SUN CAPITAL, INC.,

                            Defendant.

------------------------------------------------------------x

Case No. 07 CV 3371 (RPP)

ECF CASE

FRCP 7.1 STATEMENT

APR 27 2007

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sun Capital, Inc., (a private non-governmental party) certifies that the following are corporate parents, and publicly held corporations that own 10% or more of the stock of Sun Capital, Inc.:

NONE

Dated: New York, New York
       April 26, 2007

                                            STRASSBERG & STRASSBERG, P.C.
                                           Attorneys for Defendant

                                            By: _____
                                               Robert Strassberg (RS-9628)
                                           57 West 38th Street 8th Floor
                                           New York, New York 10018
                                           (212) 736-9500

TO:   LAWRENCE F. MORRISON, ESQ.
        Attorney for Plaintiff
        220 East 72nd Street
        New York, New York 10021
        (212) 861-1224

{00047292.1}