# STRASSBERG & STRASSBERG, P.C.

ATTORNEYS AT LAW



RECEIVED MAY 10 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**BY TELCOPIER** (212) 805-7917

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/07
```

May 10, 2007

Honorable Robert P. Patterson, Jr.
United States Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: ES&G Trading, Inc. v. Sun Capital, Inc.
    United States District Court: Southern District of New York Case No. 07CV 3371 (RPP)

Dear Judge Patterson:

According to Florida counsel for Sun Capital, Inc., a settlement has been reached between the parties. Presuming everything goes according to plan, a settlement will be documented by next week, with a discontinuance of this action to follow shortly thereafter.

Currently, a conference is scheduled for tomorrow, May 11, 2007 at 10:00 a.m. I have orally advised Mr. Monteagudo of the impending settlement and he requested I write this letter, and suggest that we give ourselves several weeks to document the settlement.

If an adjourned date for the conference is required, I have confirmed May 25, 2007 with plaintiff's attorney, Mr. Morrison. Alternatively, if you do not require an adjourned date, I can update you on the status of the settlement as things progress.

Kindly have Mr. Monteagudo contact me regarding anything further that is required.

Very truly yours,

Robert Strassberg

cc: Lawrence Morrison, Esq. by email

*Application granted. Conference 5/25/07 at 9:30 AM. So ordered.*
*Robert P. Patterson, USDJ*
*5/10/07*