```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07
```

# STRASSBERG & STRASSBERG, P.C.
ATTORNEYS AT LAW



RECEIVED MAY 24 2007
CHAMBERS OF JUDGE ROBERT P PATTERSON

**BY TELCOPIER** (212) 805-7917

May 24, 2007

Honorable Robert P. Patterson, Jr.
United States Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: ES&G Trading, Inc. v. Sun Capital, Inc.
United States District Court: Southern District of New York Case No. 07CV 3371 (RPP)

Dear Judge Patterson:

On May 10, 2007 I advised you that according to Florida counsel for Sun Capital, Inc., a settlement has been reached between the parties. By this time I had hoped to have a written settlement agreement which provides for a discontinuance of this action to follow shortly thereafter.

It appears that settlement negotiations remain on track. I have just spoken with both Florida counsel for Sun Capital, Inc. and Peter Hort, Esq. [who represents ES&G Trading, Inc. - although not yet in this action]. Mr. Hort advised me that he hoped and expects the settlement would be documented soon [the alternative being bankruptcy for ES&G, something which he is trying to avoid].

Mr. Hort further advised me that he expects to substitute in on this matter, if necessary, but cannot now do so because of a personal family emergency and requested my indulgence in attempting to adjourn this matter to allow for a resolution.

Currently, a conference is scheduled for tomorrow, May 24, 2007 at 9:30 a.m. I have orally advised Mr. Monteagudo of the impending settlement and Mr. Hort's personal situation and he requested I write this letter, and suggest that we give ourselves several weeks to [hopefully finally] document the settlement.

If an adjourned date for the conference is required, I am available June 5, 6, 7, or 14, 2007. Unfortunately Mr. Hort was not in a position to examine his calendar when we spoke.

Kindly have Mr. Monteagudo contact me regarding anything further that is required.

Very truly yours,

Robert Strassberg

cc: Lawrence Morrison, Esq. by email
Peter Hort, Esq. by email

*[Handwritten endorsement:]* Application granted. Conf. adjourned to 6/5/07 at 9:30 AM. So ordered. RPPatterson Jr. 5/25/07

57 WEST 38TH STREET, NEW YORK, NEW YORK 10018 (212) 736-9500
TELECOPIER (212) 674-8729

robert@strassbergpc.com