```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ES+G TRADING
                    Plaintiff(s),         07 cv 3371  (RPP)
          -against-
                                          SCHEDULING ORDER
SUN CAPITAL
                    Defendant(s)
-----------------------------------X
```

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ___Yes ___No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispostive Motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel on _____.

12. Pretrial conference scheduled for 7/16/07 at 9:30 AM.

13. Trial date scheduled for _____.

Dated: New York, New York
       June 5, 2006                       SO ORDERED.

                                          _____
                                          ROBERT P. PATTERSON, JR.
                                          U.S.D.J.