UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

ES&G TRADING, INC.,

                Plaintiff,                              Case No. 07 CV 3371 (RPP)

- against -

SUN CAPITAL, INC.,

                Defendant.
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO RULE 41(a)(1)

TO COUNSEL:

PLEASE TAKE NOTICE, that the instant action having been commenced by the filing of a complaint in the Supreme Court of the State of New York, County of New York, on March 14, 2007 under Index Number 103506/2007, and the matter having been removed to this Court by Notice of Removal filed herein on April 27, 2007, and no answer or motion for summary judgment having been filed by an adverse party, the Plaintiff hereby voluntary dismisses the action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, N.Y.
          July 11, 2007

                                                  RICHARD L. KORAL, ESQ.
                                                  Attorney for ES&G Trading, Inc., Plaintiff

                                                  (RK 2498)
                                                  60 East 42nd St., Suite 1136
                                                  New York, N.Y. 10165
                                                  (212) 682-1212

SO ORDERED:

_____
U.S.D.J.

July 13, 2007