

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ES&G TRADING, INC.,

      Plaintiff,      Case No. 07 CV 3371 (RPP)

- against -

SUN CAPITAL, INC.,

      Defendant.
-------------------------------------------------------

### ORDER AND STIPULATION AUTHORIZING SUBSTITUTION OF COUNSEL

ES&G TRADING, INC., the plaintiff herein, hereby consents to substitution of Peter Lawrence Hort, Esq. by Richard L. Koral, Esq., as attorney of record for the plaintiff in this action.

Dated: New York, N.Y.
   July 6, 2007

ES&G TRADING, INC.

By: _____
  EVAN SALTON, President

_____      _____
RICHARD L. KORAL, ESQ.      PETER LAWRENCE HORT, ESQ.
60 East 42nd St., Suite 1136      153 Hudson St.
New York, N.Y. 10165        New York, N.Y. 10013
(212) 682-1212          (212) 4321-0513

THE FOREGOING IS SO-ORDERED:

_____
HON. ROBERT P. PATTERSON
Dated: July __13__, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07