USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

# RICHARD L. KORAL
*Attorney at Law*

60 EAST 42ND STREET, SUITE 1136
NEW YORK, N.Y. 10165
TEL (212) 682-1212
FAX (212) 687-2084

180 RIDGEFIELD AVENUE
SOUTH SALEM, N.Y. 10590
TEL (914) 763-5328

PLEASE DIRECT ALL CORRESPONDENCE
TO THE NEW YORK CITY OFFICE

July 13, 2007

Hon. Robert P. Patterson
United States District Court
500 Pearl St.
New York, N.Y. 10007

Re: ES&G Trading, Inc. vs. Sun Capital, Inc.
    Case No. 07 Civ 3371 (RPP)
    Conference: July 18, 2007



RECEIVED JUL 13 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Dear Judge Patterson:

    The above-referenced matter, which was removed from the State Supreme Court, is scheduled for a pre-trial conference before Your Honor on Monday, July 18, 2007.

    I write to inform the Court that the matter has been settled and the Plaintiff, whom I represent, served and filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) yesterday.

    As I have been substituted as counsel for the Plaintiff, I also filed with the Court a stipulation and order authorizing substitution of counsel of record. I am not sure that the stipulation has been reviewed by Your Honor and so-ordered as of yet.

    Accordingly, I respectfully request that the conference scheduled for Monday be marked off calendar or adjourned sine die pending the assimilation of these documents. I thank the Court for its courtesies in this matter.

Respectfully Yours,

Richard L. Koral

*Application granted. So ordered. RPP Patterson USDJ 7/13/07*

cc: Robert Strassberg, Esq. (by facsimile)